# Third District Court of Appeal
## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0862
Lower Tribunal No. 19-11545-FC-04
_____

**Michelle Saenz,**
Appellant,

vs.

**Roberto Sanchez, III,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Veronica Diaz, Judge.

Reid Levin, PLLC, and Reid Levin (Boca Raton), for appellant.

Koltun Lazar Laleh, and Scott A. Lazar and Jessica T. Laleh-Abramowitz, for appellee.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Upon careful review of the record and appellant's arguments, we summarily affirm the challenged May 10, 2024 trial court order pursuant to Florida Rule of Appellate Procedure 9.315(a) ("After service of the initial brief . . . the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").

Affirmed.